## DONOVAN, APPELLANT, *v.* STANDARD PUBLISHING CO. ET AL., RESPONDENTS.

(No. 5,148.)

(Submitted April 10, 1923. Decided May 7, 1923.)

[216 Pac. 576.]

(For syllabus, see *Nolan* v. *Standárd Publishing Co. et al., ante,* p. 212, 216 Pac. 571.)

*Appeal from District Court, Hill County; Charles A. Rose, Judge.*

ACTION by Louis P. Donovan against the Standard Publishing Company and others. From a judgment for defendants, plaintiff appeals. Reversed and remanded.

*Mr. J. P. Donnelly, Mr. George Bourquin, Messrs. Nolan & Donovan* and *Mr. Harlow Pease,* for Appellant.

*Messrs. Norris, Hurd, Rhoades & Hauge,* for Respondents.

MR. JUSTICE STARK delivered the opinion of the court.

The complaint in this action (except the name of plaintiff) and all proceedings had herein are identical with the complaint and proceedings in the case of *Nolan* v. *Standard Publishing Co., ante,* p. 212, 216 Pac. 571. Upon the authority of that case, the judgment herein is reversed and the cause remanded to the district court of Hill county, with directions to overrule the demurrers.

*Reversed and remanded.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES COOPER, HOLLOWAY and GALEN concur.

Rehearing denied July 9, 1923.